1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 RICARDO JACKSON, | Case No.:  19cv2444-JAH-MDD |
| 12                                Plaintiff, | **ORDER DENYING MOTION TO** |
| 13 v. | **CORRECT NUMBER OF** |
| 14 P COVELLO, et al. | **DEFENDANTS** |
| 15                                Defendants. | [ECF No. 49] |
| 16 | |

17       Plaintiff Ricardo Jackson, a prisoner proceeding *in forma pauperis* and

18 without counsel, filed an Amended Complaint in this action on April 7, 2022,

19 naming nine defendants.  (ECF No. 45).  The Court granted leave to file that

20 pleading on April 18, 2022.  (ECF No. 46).  The Court dismissed Plaintiff's

21 claims against three of those nine defendants (the "Dismissed Parties") on

22 November 8, 2022, then directed the U.S. Marshal to serve the remaining six

23 defendants.  (ECF No. 47).  The Clerk of Court issued the Summons.  (ECF

24 No. 48).  The Clerk then delivered to Plaintiff seven copies of the Summons

25 (one for each defendant and one for the U.S. Marshal's records), eight copies

26 of the Amended Complaint (one for each defendant, one for the U.S.

27 Marshal's records, and one for Plaintiff's own records), two copies of the order

19cv2444-JAH-MDD

1
2
3
4
5

authorizing service on the remaining six defendants (one for the U.S Marshal's records and one for Plaintiff's own records), and six blank U.S. Marshal Service Forms (for plaintiff to fill out with each defendant's name and address to facilitate the U.S. Marshal's service of process).  (*See* ECF No. 48-1).

6
7
8
9
10
11
12
13

Plaintiff filed a "Motion for Correction to the Number of Defendant[s]," asking the Court to send him additional copies of the Summons and Amended Complaint in order to effectuate service on all nine defendants named in that pleading.  (ECF No. 49).  The Motion is **DENIED**.  The Court did not authorize service on the Dismissed Parties because Plaintiff failed to state viable claims against them.  (*See* ECF No. 47).  There is no need to serve the Dismissed Parties with process because they are no longer defendants to this action.

14
15

**IT IS SO ORDERED**.

16

Dated:   December 1, 2022

17
18

Hon. Mitchell D. Dembin
United States Magistrate Judge

19
20
21
22
23
24
25
26
27

2